NASSAU CABINETS INC. v.
MID-STATE SPRINKLER COMPANY.

April 1, 1976. Petition for certification denied.

ARTHUR STICKEL v. ABBOTT LABORATORIES.

April 1, 1976. Petition for certification denied.

S. K. BELL INC. v. PARAMOUNT HUDSON INC.

April 1, 1976. Petition for certification denied.

JOSE FRANCISCO CEPEDA v.
CUMBERLAND ENGINEERING COMPANY INC.

April 1, 1976. Petition for certification granted. (See 138 *N. J. Super.* 344)

THE PANTASOTE COMPANY v. CITY OF PASSAIC.

April 1, 1976. Petition for certification denied.

LAURETTA KELLY v. BOROUGH OF SOMERVILLE.

April 1, 1976. Petition for certification denied.